**FILED**

**Asheville**

**9/25/2025**

U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 1:25-cr-66-MR-WCM |
| v. | **BILL OF INFORMATION** |
| WYATT AUSTIN SALUS | Violations: 18 U.S.C. § 875 (c) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
18 U.S.C. §875(c)
(Communicating Threats)

On or about March 17, 2025, in Jackson County, within the Western District of North Carolina and elsewhere, the defendant,

WYATT AUSTIN SALUS,

knowingly and willfully did transmit in interstate and foreign commerce, communications, sent by telephone, and those communications contained threats to kill and injure United States Senator Thom Tillis.

The defendant transmitted these communications for the purpose of issuing the threats, and with knowledge that the communications would be viewed as threats.

All in violation of Title 18, United States Code, Section 875(c).

RUSS FERGUSON
UNITED STATES ATTORNEY

For Corey F. Ellis
Assistant United States Attorney