UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:25CR66 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| WYATT AUSTIN SALUS | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      The defendant, WYATT AUSTIN SALUS placed multiple telephone calls to the office of the victim, a member of the United States Congress. SALUS knowingly communicated in interstate or foreign commerce via the victim's publicly listed telephone number in Washington, D.C with knowledge that the communication would be viewed as a threat. SALUS initiated calls, including the call placed on March 17, 2025 detailed below, from his home in Jackson County, North Carolina within the Western District of North Carolina.

2.      On or about March 17th, 2025, SALUS called the victim's telephone and left a message stating the following, among other statements: "The only place you should feel safe in public if you see me is at a town hall. That's the only place I want to see you in public. If I see you in public outside of that, buddy, you better start fucking running. Fucking run, you coward, sack of shit! We're gonna make sure that you are never elected to public office ever again, and that everyone knows just who your supposed employer you would be, your would be employers are you've sold your fucking ass out to corporate donors that just want to see you make us drink toxic

water, take away our rights, you fucking fascist piece of shit. If I see you on the street, I'm gonna run you the fuck over with my fucking car. You should not feel safe in North Carolina, don't you fucking show your face in the West, I will kill you if I see you. You fucking piece of shit, the only place you should feel safe".

3.    The content of the call outlined in paragraph two above, contained a true threat to injure and SALUS consciously disregarded a substantial and justifiable risk that his conduct would cause harm to the victim.


RUSS FERGUSON
UNITED STATES ATTORNEY

*For* Corey F. Ellis
Assistant United States Attorney

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

DATED:    09/25/2025

Rhett Johnson, Attorney for Defendant

2